**E-filed 7/30/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD J. CRANE, | ) | No. C 07-1416 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER CORRECTING ERRONEOUS FILING; |
| | ) | CLOSING CASE; |
| vs. | ) | INSTRUCTIONS TO CLERK |
| | ) | |
| M.S. EVANS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner, a state prisoner proceeding pro se, filed an application to proceed in forma pauperis on March 12, 2007. Petitioner has an earlier habeas action pending with the Court, in case no. C 07-1297 JF (PR), which was filed on March 6, 2007. On March 18, 2007, Petitioner filed a letter with the Court stating that his motion to proceed in forma pauperis in the instant action should be filed in case no. C 07-1297 JF (PR). Petitioner's motion to proceed in forma pauperis was mistakenly received and opened as a new case in the instant action, rather than in his pending habeas action in case no. C 07-1297 JF (PR). Accordingly, the Clerk is instructed to copy all documents from the instant case and transfer the documents to Petitioner's earlier filed habeas action in case number C 07-1297 JF (PR).

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.07\Crane 416close         1

1   Because the instant case was opened erroneously, the Clerk shall close the file and
2   terminate any pending motions.  No filing fee is due.
3       IT IS SO ORDERED.
4   DATED: ___7/30/07_____

     _____
     JEREMY FOGEL
     United States District Judge

1 | A copy of this ruling was mailed to the following:

2

3 | Richard J. Crane
C-44519
Salinas Valley State Prison
4 | P.O. Box 1050
Soledad, CA  93960

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.07\Crane 416close              3